```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 39464
   VERONICA MARVEL ROBERTSON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-9095

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/22/2004 and was confirmed 02/02/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  68.01% from remaining funds.

     The case was paid in full 04/07/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  SECURED             5451.76       566.83         5451.76
DAIMLER CHRYSLER FINANCI  UNSECURED            671.16          .00          456.48
STERLING INC              SECURED               25.00         2.34           25.00
STERLING INC              UNSECURED             59.67          .00           40.58
WASHINGTON MUTUAL FINANC  CURRENT MORTG          .00           .00             .00
ACTION CARD               UNSECURED        NOT FILED           .00             .00
AVENUE                    UNSECURED        NOT FILED           .00             .00
CARSON PIRIE SCOTT        UNSECURED        NOT FILED           .00             .00
CITIFINANCIAL             UNSECURED        NOT FILED           .00             .00
CITIBANK                  UNSECURED        NOT FILED           .00             .00
FASHION BUG               UNSECURED        NOT FILED           .00             .00
JACKSON PARK HOSPITAL     UNSECURED        NOT FILED           .00             .00
J C PENNEY                UNSECURED        NOT FILED           .00             .00
KOHLS                     UNSECURED            838.01          .00          569.96
RESURGENT ACQUISITION LL  UNSECURED           2687.65          .00         1827.98
ROUNDUP FUNDING LLC       UNSECURED            531.10          .00          361.22
UNITED RETAIL GROUP       UNSECURED        NOT FILED           .00             .00
WAL MART STORES INC       UNSECURED        NOT FILED           .00             .00
PETER FRANCIS GERACI      DEBTOR ATTY        2,600.00                      2,600.00
TOM VAUGHN                TRUSTEE                                            697.85
DEBTOR REFUND             REFUND                                             160.59

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             12,760.59

PRIORITY                                          .00
SECURED                                      5,476.76
    INTEREST                                   569.17
UNSECURED                                    3,256.22

                PAGE   1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 39464 VERONICA MARVEL ROBERTSON
```

```
ADMINISTRATIVE                                              2,600.00
TRUSTEE COMPENSATION                                          697.85
DEBTOR REFUND                                                 160.59
                                        ---------------    ---------------
TOTALS                                       12,760.59         12,760.59
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 07/28/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                        PAGE   2
        CASE NO. 04 B 39464 VERONICA MARVEL ROBERTSON